U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 14 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| ENG CHAMPKUNGSING | CRIMINAL ACTION: 07-60037-05 |
| VERSUS | DISTRICT JUDGE WALTER |
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE HILL |

## ORDER

For the reasons stated in the Report and Recommendation [Record Document 422] of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the lack of written objections, and concurring with the findings of the Magistrate Judge under applicable law:

**IT IS ORDERED** that this *habeas corpus* petition filed pursuant to 28 U.S.C. § 2241 [Record Document 419] is **TRANSFERRED** to the **UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this __14__ day of April, 2010.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE